UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY SIGGERS, next friend of R.R.Y.,

      Plaintiff,                            Case No. 12-14325
                                              HON. GERSHWIN A. DRAIN

vs.

ROBERT GEORGE, PATRICK THULL, and
CITY OF HAMTRAMCK,

Defendants.

_____/

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

      This Court requested Plaintiff's attendance at a May 14, 2013 hearing on her attorney's Motion for Withdrawal of Attorney. Plaintiff failed to attend the hearing. At that time, this Court scheduled a status conference for May 30, 2013 and required Plaintiff to attend with or without new counsel. In the May 15, 2013 Order, Plaintiff was warned that failure to attend the May 30th status conference would result in dismissal of her case without prejudice. Plaintiff was also warned that she would be required to pay $500.00 to Defendant's counsel if she wanted to reopen the case. The Court required Plaintiff's former attorney to provide notice of this status conference to Plaintiff. The Court held the status conference and provided Plaintiff with ample time to attend, but Plaintiff failed to attend the conference.

      For the foregoing reasons, Plaintiff's case is DISMISSED WITHOUT PREJUDICE. If Plaintiff reopens the case she will be required to pay $500.00 in attorney fees to Defendant's counsel.

SO ORDERED.

Dated: May 30, 2013

        /s/Gershwin A Drain
        Gershwin A. Drain
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

A copy of this Order was served upon attorneys of record by ordinary mail or electronic mail on May 30, 2013.

s/Tanya Bankston
Deputy Clerk